WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:      rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300
E-mail:      mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>    Debtor.<br><br>GRAHAM PREWETT, INC.,<br><br>    Plaintiff,<br>v.<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER; DOES 1 through 100,<br><br>    Defendants. | CASE NO. 17-13797<br><br>Chapter 9<br><br>Adv. No.:<br><br>**EXHIBITS TO NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 U.S.C. § 1452)** |

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| A | Copies of process, pleadings, and minute entries and orders filed prior to removal in the matter styled *Graham Prewett, Inc. v. Tulare Local Health Care District, dba Tulare Regional Medical Center, Case No. VCU269517, Tulare County Superior Court* | 12 |

Dated: January 4, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter,
Attorneys for Debtor,
Tulare Local Healthcare District, dba
Tulare Regional Medical Center

Filed 01/04/18   Case 18-01001   Doc 4

B-15
TRMC

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** Tulare Local Healthcare District
*(AVISO AL DEMANDADO):* dba Tulare Regional Medical Center

**YOU ARE BEING SUED BY PLAINTIFF:** Graham Prewett, Inc.
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.
Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

**CASE NUMBER** *(Número del Caso):* 269517

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Tulare County Superior Court
221 S. Mooney Blvd #209
Visalia, CA 93291

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Joseph L. Naegele, Esq.
5000 N. Rodeo Gulch
Soquel, Ca 95073
831-477-7766

DATE: 4/13/17  MAY 03 2017   LaRayne Cleek   Clerk, by _____, Deputy
*(Fecha)*                    *(Secretario)*                                  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL] COURT SEAL

Page 1 of 1
Code of Civil Procedure §§ 412.20, 465

SUMMONS

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

Legal Solutions Plus

Scanned by CamScanner

EXHIBIT A
Page 1 of 12

Joseph L. Naegele, Esq. SBN 105220
5000 N. Rodeo Gulch
Soquel, California 95073
Telephone: (831) 477-7766
Facsimile: (831) 477-7555

Attorneys for Plaintiff Graham Prewett, Inc.

FILED
TULARE COUNTY SUPERIOR COURT
VISALIA DIVISION

MAY 03 2017

LARAYNE CLEEK, CLERK
BY: _____

CASE MANAGEMENT CONFERENCE

Hearing Date: 9-16-17
Time: 8:30
Department: 7

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF TULARE

Graham Prewett, Inc.

Plaintiff
v.

Tulare Local Healthcare District,
dba Tulare Regional Medical Center and
Does 1-100, inclusive,

Defendants

No: 269517

COMPLAINT FOR BREACH OF CONTRACT, ACCOUNT STATED AND ATTORNEYS FEES

Assigned to Judicial Officer BRET D. HILLMA
For All Purposes

Plaintiff, Graham Prewett Inc., alleges that, at all relevant times herein:

## GENERAL ALLEGATIONS

1. Plaintiff is a **corporation** duly organized and existing under the laws of the State of California.

2. Plaintiff is informed and believes and thereon alleges that Defendant Tulare Local Healthcare District is a non-profit corporation under the laws of California with its principle

place of business located at 869 N.Cherry Street, Tulare, CA 93274. Said Defendant is doing business as a Health Care Center in Tulare County and contracted with Plaintiff to construct the work of improvement that is the subject of this action.

3. Plaintiff is ignorant of the true names of the defendants named as Does 1 through 100. Therefore sues said defendants by such fictitious names pursuant to Code of Civil Procedure §474.

4.. Each defendant was and is the agent of each other defendant and acted within the course and scope of said agency and employment.

## FIRST CAUSE OF ACTION
(Breach of Contract)

5. Plaintiff incorporates herein by reference the allegations in paragraphs 1-4 above.

6. On or about October 1, 2014, Plaintiff entered into a written contract with Defendant Tulare Local Health Care District Inc., and Does 1-10, and each of them ("the contract"). By the terms of the contract, plaintiff agreed to construct portions of works of improvement known as the Tulare Regional Medical Center located in Tulare, California.

7. Plaintiff duly completed said work. Said Defendant have paid only a portion of the contract and the sum of $45,453.60 is owed to Plaintiff.

8. On or about March 16, 2016 Defendant brached the contract by failing and refusing to pay the balance owed to plaintiff under the contract after having accepted the benefits of the contract.

9. As a proximate result of Defendant's breach of the contract, plaintiff has sustained damages

in the sum of $45,453.60, together with interest at the rate of 12% per year from March 16, 2016, to the date of judgement.

## SECOND CAUSE OF ACTION
(Account Stated)

10. Plaintiff incorporates herein by reference the allegations in paragraphs 1-4 and 5-9 above.

11. Within the last four years, Defendant The Tulare Local Health Care District, and Does 21-30 became indebted to Plaintiff in the total sum of $209,789, excluding interest, because an account was stated in writing by and between Defendant and Plaintiff, in which it was agreed that said Defendants were indebted to Plaintiff in connection with Plaintiff's furnishing valuable services at Defendant's request.

12. The sum of $45,453.60, which is the reasonable value, is due and unpaid despite Plaintiff's demand, plus prejudgment interest according to proof at the legal rate of 12% per year, from March 16, 2016 on the sum of $45,453.60 to the date of judgment.

13. Plaintiff is also entitled to reasonable attorney's fees according to proof pursuant to Civil Code {1717.5 and Code of Civil Procedure {337a.

12.' Plaintiff is informed and believes and thereon alleges that Tulare Local Health Care District had the capacity to pay for the labor and materials at the time they contracted with plaintiff.

13. Although demand has been made, the principle sum due under the agreement referred to in the First and Second Causes of Actions remains unpaid.

WHEREFORE, plaintiff prays for judgment against defendants, and each of them, as follows:

1. On the First Cause of Action, for money damages in the sum of $45,453.60 with interest

Scanned by CamScanner

EXHIBIT A Page 4 of 12

thereon at the legal rate of 12% per year from March 16, 2016 to the date of judgment, and reasonable attorney's fees and experts' fees as provided in the contract;

2. On the Second Cause of Action; for money damages in the sum of $45,453.60 with interet Thereon at the legal rate of 12% per year from March 16, 2016 to the date of judgment.

3. For attorneys fees;

4. On all causes of action, for costs of suit; and

5. Such other and further relief as the court deems just and proper

Respectfully submitted,

Dated April 15, 2017

By _____
Joseph L. Naegele, Esq.
Attorney for Plaintiff
Graham Prewett Inc.

Scanned by CamScanner

EXHIBIT A
Page 5 of 12

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*:
Joseph L. Naegele, Esq.
5000 N. Rodeo Gulch
Soquel, CA 95073

TELEPHONE NO: 831-477-7766    FAX NO: 831-477-7555
ATTORNEY FOR *(Name)*: Graham Prewett, Inc v Tulare Local HD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Tulare
STREET ADDRESS: 221 S. Mooney Blvd #209
MAILING ADDRESS: 221 S. Mooney Blvd #209
CITY AND ZIP CODE: Visalia, CA 93291
BRANCH NAME:

CASE NAME: Graham Prewett, Inc. vs Tulare Local Healthcare Distric

**FOR COURT USE ONLY**

FILED
TULARE COUNTY SUPERIOR COURT
VISALIA DIVISION

MAY 03 2017

LARAYNE CLEEK, CLERK
BY: _____

CASE NUMBER: **269517**

JUDGE: BRET D. HILLMAN
DEPT:

| CIVIL CASE COVER SHEET | Complex Case Designation | |
|---|---|---|
| [x] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder |
| | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [x] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation** (Cal. Rules of Court, rules 3.400-3.403)
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [x] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive

4. Number of causes of action *(specify)*: Two

5. This case [ ] is [x] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 4/3/17

Joseph L. Naegele, Esq.
*(TYPE OR PRINT NAME)*      *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

Scanned by CamScanner



EXHIBIT
Page ___ of ___

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
    Auto (22)–Personal Injury/Property Damage/Wrongful Death
    Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
    Asbestos (04)
        Asbestos Property Damage
        Asbestos Personal Injury/ Wrongful Death
    Product Liability *(not asbestos or toxic/environmental)* (24)
    Medical Malpractice (45)
        Medical Malpractice– Physicians & Surgeons
        Other Professional Health Care Malpractice
    Other PI/PD/WD (23)
        Premises Liability (e.g., slip and fall)
        Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
        Intentional Infliction of Emotional Distress
        Negligent Infliction of Emotional Distress
        Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
    Business Tort/Unfair Business Practice (07)
    Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
    Defamation (e.g., slander, libel) (13)
    Fraud (16)
    Intellectual Property (19)
    Professional Negligence (25)
        Legal Malpractice
        Other Professional Malpractice *(not medical or legal)*
    Other Non-PI/PD/WD Tort (35)

**Employment**
    Wrongful Termination (36)
    Other Employment (15)

**Contract**
    Breach of Contract/Warranty (06)
        Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
        Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
        Negligent Breach of Contract/ Warranty
        Other Breach of Contract/Warranty
    Collections (e.g., money owed, open book accounts) (09)
        Collection Case–Seller Plaintiff
        Other Promissory Note/Collections Case
    Insurance Coverage *(not provisionally complex)* (18)
        Auto Subrogation
        Other Coverage
    Other Contract (37)
        Contractual Fraud
        Other Contract Dispute

**Real Property**
    Eminent Domain/Inverse Condemnation (14)
    Wrongful Eviction (33)
    Other Real Property (e.g., quiet title) (26)
        Writ of Possession of Real Property
        Mortgage Foreclosure
        Quiet Title
        Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
    Commercial (31)
    Residential (32)
    Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
    Asset Forfeiture (05)
    Petition Re: Arbitration Award (11)
    Writ of Mandate (02)
        Writ–Administrative Mandamus
        Writ–Mandamus on Limited Court Case Matter
        Writ–Other Limited Court Case Review
    Other Judicial Review (39)
        Review of Health Officer Order
        Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
    Antitrust/Trade Regulation (03)
    Construction Defect (10)
    Claims Involving Mass Tort (40)
    Securities Litigation (28)
    Environmental/Toxic Tort (30)
    Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
    Enforcement of Judgment (20)
        Abstract of Judgment (Out of County)
        Confession of Judgment *(non-domestic relations)*
        Sister State Judgment
        Administrative Agency Award *(not unpaid taxes)*
        Petition/Certification of Entry of Judgment on Unpaid Taxes
        Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
    RICO (27)
    Other Complaint *(not specified above)* (42)
        Declaratory Relief Only
        Injunctive Relief Only *(non-harassment)*
        Mechanics Lien
        Other Commercial Complaint Case *(non-tort/non-complex)*
        Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
    Partnership and Corporate Governance (21)
    Other Petition *(not specified above)* (43)
        Civil Harassment
        Workplace Violence
        Elder/Dependent Adult Abuse
        Election Contest
        Petition for Name Change
        Petition for Relief From Late Claim
        Other Civil Petition

Scanned by CamScanner

EXHIBIT A
Page 7 of 12

CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Walter Wilhelm Law Group / Danielle J. Bethel #315945 <br> 205 E. River Park Circle, Ste. 410 <br> Fresno, CA 93720 <br> TELEPHONE NO.: 559-435-9800   FAX NO. (Optional): 559-435-9868 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Defendant, Tulare Local Hospital District | FOR COURT USE ONLY <br><br> FILED <br> TULARE COUNTY SUPERIOR COURT <br> VISALIA DIVISION <br><br> OCT 12 2017 <br><br> STEPHANIE CAMERON, CLERK <br> BY: _Pauline Niggli_ |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Tulare <br> STREET ADDRESS: 221 S. Mooney Blvd. <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Visalia, CA 93291 <br> BRANCH NAME: Civil Unlimited | |
| PLAINTIFF/PETITIONER: Graham Prewett, Inc. <br><br> DEFENDANT/RESPONDENT: Tulare Local Healthcare District | |
| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER: VCU269517 <br> JUDGE: <br> DEPT.: |

**To the court and to all parties:**

1. Declarant (name): Danielle J. Bethel

   a. [✓] is [ ] the party [✓] the attorney for the party who requested or caused the stay.

   b. [ ] is [ ] the plaintiff or petitioner [ ] the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. [ ] With regard to all parties.

   b. [✓] With regard to the following parties (specify by name and party designation): See Attached

3. Reason for the stay:

   a. [✓] Automatic stay caused by a filing in another court. (Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)

   b. [ ] Order of a federal court or of a higher California court. (Attach a copy of the court order.)

   c. [ ] Contractual arbitration under Code of Civil Procedure section 1281.4. (Attach a copy of the order directing arbitration.)

   d. [ ] Arbitration of attorney fees and costs under Business and Professions Code section 6201. (Attach a copy of the client's request for arbitration showing filing and service.)

   e. [ ] Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 9, 2017

Danielle J. Bethel                                         ▶ _/s/ Danielle Bethel_
(TYPE OR PRINT NAME OF DECLARANT)                          (SIGNATURE)

Page 1 of 1
Form Adopted for Mandatory Use          NOTICE OF STAY OF PROCEEDINGS          Cal. Rules of Court, rule 3.650
Judicial Council of California                                                 www.courtinfo.ca.gov
CM-180 [Rev. January 1, 2007]

EXHIBIT A
Page 8 of 12

Attachment to Notice of Stay of Proceedings #2(b)

Tulare Local Healthcare District, dba Tulare Regional Medical Center

Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number (if known): _____  Chapter  9

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Tulare Local Healthcare District |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | dba Tulare Regional Medical Center |
| 3. | Debtor's federal Employer Identification Number (EIN) | 94-6002897 |
| 4. | Debtor's address | **Principal place of business**<br>869 N. Cherry St.<br>Tulare, CA 93274<br>Number, Street, City, State & ZIP Code<br><br>Tulare<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | https://sites.google.com/view/tlhcd |
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☑ Other. Specify: Municipality/Government Entity |

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

EXHIBIT A
Page 10 of 12

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF TULARE

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; I am an employee of Walter & Wilhelm Law Group, 205 East River Park Circle, Suite 410, Fresno, CA 93720.

On October 10, 2017, served the foregoing document(s) described as:

1.  **NOTICE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(a) and 901(a)**

on the party/parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Attorneys for Plaintiff, Graham Prewett Inc:
LAW OFFICES OF JOSEPH L. NAEGELE
Joseph L. Naegele, Sr.
5000 N. Rodeo Gulch Road
Soquel, CA 95073-9781

Defendant, Tulare Local Healthcare District, dba Tulare Regional Medical Center:
Tulare Local Healthcare District, dba Tulare Regional Medical Center
869 N. Cherry Street
Tulare, CA 93274

COURTESY COPY:
District Counsel for Tulare Local Healthcare District, dba Tulare Regional Medical Center:
MCCORMICK BARSTOW, LLP
Timothy L. Thompson
Mandy L. Jeffcoach
Niki E. Cunningham
7647 N. Fresno Street
Fresno, CA 93720

XX  (U.S. POSTAL SERVICE) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Executed on October 10, 2017, at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.

3  _____
   Terry L. Beck