```
 1  2
    WALTER WILHELM LAW GROUP
 2  A Professional Corporation
    Riley C. Walter #91839
 3  Danielle J. Bethel #315945
    205 East River Park Circle, Ste. 410
 4  Fresno, CA 93720
    Telephone:  (559) 435-9800
 5  Facsimile:  (559) 435-9868
    E-mail:     rileywalter@w2lg.com
 6
    Attorneys for Defendant, Tulare Local Healthcare District,
 7  dba Tulare Regional Medical Center
```

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | Adv. No.: 18-01001 |
| Debtor. | |
| GRAHAM PREWETT, INC., | **STIPULATION TO DISMISS ADVERSARY PROCEEDING PURSUANT TO F.R.B.P. 7041 AND F.R.C.P. 41(a)(1)(A)(ii)** |
| Plaintiff, v. | |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER; DOES 1 through 100, | |
| Defendants. | |

///

///

///

1　　IT IS HEREBY STIPULATED by and between Tulare Local Healthcare District,
2　dba Tulare Regional Medical Center ("Defendant") and Graham Prewett, Inc.
3　("Plaintiff"), that the above captioned Adversary Proceeding should be dismissed.

4

5　**IT IS SO STIPULATED AND AGREED.**

6
7　Dated: February 20, 2018　　　　　WALTER WILHELM LAW GROUP,
　　　　　　　　　　　　　　　　　　　　a Professional Corporation
8
9　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Danielle J. Bethel, Attorneys for Defendant,
10　　　　　　　　　　　　　　　　　　Tulare Local Healthcare District, dba Tulare
　　　　　　　　　　　　　　　　　　　Regional Medical Center
11

12　Dated: February 16, 2018　　　　　HARRIS LAW FIRM, P.C.
13
14　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Justin D. Harris, Attorneys for
15　　　　　　　　　　　　　　　　　　Plaintiff, Graham Prewett, Inc.

STIPULATION TO DISMISS ADVERSARY　　　- 2 -　　/Users/jdh/Library/Containers/com.apple.mail/
PROCEEDING　　　　　　　　　　　　　　　　　　　Data/Library/Mail Downloads/0607C207-
　　　　　　　　　　　　　　　　　　　　　　　　　　B889-41FD-AC47-
　　　　　　　　　　　　　　　　　　　　　41C0073823EC/Stip.Dismissal.021618.djb.do
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　cx