```
2
```
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:       rileywalter@w2lg.com

Attorneys for Defendant, Tulare Local Healthcare District,
dba Tulare Regional Medical Center

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br>_____<br>GRAHAM PREWETT, INC.,<br><br>Plaintiff,<br>v.<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER; DOES 1 through 100,<br><br>Defendants. | CASE NO.  17-13797<br><br>Chapter 9<br><br>Adv. No.: 18-01001<br><br>**STIPULATION TO DISMISS ADVERSARY PROCEEDING PURSUANT TO F.R.B.P. 7041 AND F.R.C.P. 41(a)(1)(A)(ii)** |

///

///

///

IT IS HEREBY STIPULATED by and between Tulare Local Healthcare District, dba Tulare Regional Medical Center ("Defendant") and Graham Prewett, Inc. ("Plaintiff"), that the above captioned Adversary Proceeding should be dismissed.

**IT IS SO STIPULATED AND AGREED.**

Dated: February 20, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _____
Danielle J. Bethel, Attorneys for Defendant, Tulare Local Healthcare District, dba Tulare Regional Medical Center

Dated: February 16, 2018

HARRIS LAW FIRM, P.C.

By: _____
Justin D. Harris, Attorneys for Plaintiff, Graham Prewett, Inc.